Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  18−15145−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Kievit
   1029 Midship Avenue
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 20, 2018
JAN: bwj

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-15145-CMG
John Kievit                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +John Kievit,    1029 Midship Avenue,    Manahawkin, NJ 08050-2339
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517390946     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     1220 Old Alpharetta Rd,
                 Alpharetta, GA 30005-3968)
517390944      American Choice Railing,    5005 Belmar Blvd,    Wall Township, NJ 07727-4018
517514901     +American Choice Railings and Fencing,    Mark A. Kriegel, Esq.,    1479 Pennington Rd.,
                 Ewing, NJ 08618-2661
517549315     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517390951      Chrysler Capital,    1010 W Mockingbird Ln,    Dallas, TX 75247-5128
517390953      Donna Kievit,    1029 Midship Ave,    Manahawkin, NJ 08050-2339
517465204     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517390956     +Health Village Imaging, LLC,    1301 Route 72 West, Suite 100,    Manahawkin, NJ 08050-2483
517390957     #+Institute of Orthopaedic Surgery,    249 S Main St Ste 5,    Barnegat, NJ 08005-2369
517390958      Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517390962      Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd,    Mount Laurel, NJ 08054-3437
517390964      Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517390965      Santander Bank NA,    450 Penn St,    Reading, PA 19602-1011
517433324     +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
517390970      Td Rcs/Littman Jeweler,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517390971      Td Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517434444     +VNB Loan Svcs.,    747 Chestnut Ridge Rd.,    Chestnut Ridge, NY 10977-6224
517390972     +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +Fax: 407-737-5634 Nov 21 2018 01:22:03      OCWEN LOAN SERVICING,    1661 WORTHINGTON ROAD,
                 Suite 100,    WEST PALM BEACH, FL 33409-6493
517390945       EDI: HNDA.COM Nov 21 2018 04:59:00      American Honda Finance,    Attn: Bankruptcy,
                 PO Box 168088,    Irving, TX 75016-8088
517390942       EDI: GMACFS.COM Nov 21 2018 04:59:00      Ally Financial,   Attn: Bankruptcy,    PO Box 380901,
                 Bloomington, MN 55438-0901
517390943       EDI: GMACFS.COM Nov 21 2018 04:59:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517390948       EDI: BANKAMER.COM Nov 21 2018 05:04:00      Bankamerica,    PO Box 982238,
                 El Paso, TX 79998-2238
517390947       EDI: BANKAMER.COM Nov 21 2018 05:04:00      Bank of America,   NC4-105-03-14,    PO Box 26012,
                 Greensboro, NC 27420-6012
517390949       EDI: CAPITALONE.COM Nov 21 2018 05:04:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
517565506     +EDI: CHRM.COM Nov 21 2018 05:04:00      CCAP Auto Lease Ltd.,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
517390950       EDI: CAPITALONE.COM Nov 21 2018 05:04:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517390952     +EDI: CITICORP.COM Nov 21 2018 05:03:00      Citibank, NA,    701 E. 60 Street N,
                 Sioux Falls, SD 57104-0493
517390954       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 21 2018 00:16:54      Esb/Harley Davidson Cr,
                 PO Box 21829,    Carson City, NV 89721-1829
517390955       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 21 2018 00:16:54      Harley Davidson Financial,
                 Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
517390959       EDI: FORD.COM Nov 21 2018 05:00:00      Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
517390960     +Fax: 407-737-5634 Nov 21 2018 01:22:03      Ocwen Loan,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
517390961       Fax: 407-737-5634 Nov 21 2018 01:22:03      Ocwen Loan Servicing, LLC,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517475130       EDI: PRA.COM Nov 21 2018 04:59:00      Portfolio Recovery Associates, LLC,    c/o Sleepy's,
                 POB 41067,    Norfolk VA 23541
517475132       EDI: PRA.COM Nov 21 2018 04:59:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
517390963       EDI: PRA.COM Nov 21 2018 04:59:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
517390966       EDI: DRIV.COM Nov 21 2018 04:58:00      Santander Consumer USA,    5201 Rufe Snow Dr Ste 400,
                 North Richland Hills, TX 76180-6036
517390967       EDI: RMSC.COM Nov 21 2018 05:04:00      Syncb/sleepys,   C/o,    PO Box 965036,
                 Orlando, FL 32896-5036
517390968       EDI: RMSC.COM Nov 21 2018 05:04:00      Synchrony Bank,    PO Box 530948,
                 Atlanta, GA 30353-0948
```

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Nov 20, 2018
                               Form ID: 148               Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517393585      +EDI: RMSC.COM Nov 21 2018 05:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517390969       EDI: RMSC.COM Nov 21 2018 05:04:00      Synchrony Bank/Hh Gregg,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL  32896-5060
517527269      +EDI: AIS.COM Nov 21 2018 04:59:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517483124       EDI: WFFC.COM Nov 21 2018 05:02:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
517390973       EDI: WFFC.COM Nov 21 2018 05:02:00      Wffnatbank,    PO Box 94498,    Las Vegas, NV  89193-4498
                                                                                                 TOTAL: 28

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
              Daniel E. Straffi    on behalf of Debtor John   Kievit bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Plaintiff John   Kievit bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```